UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANNA KLEINPETER-FLECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP and BRYCE M. KOTH,<br><br>Defendants | Case No. 1:05-cv-03791-MGC |
| K. J. EGLESTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY L. MOSINGO, DAVID A. STOCKMAN, J. MICHAEL STEPP and BRYCE KOTH,<br><br>Defendants | Case No. 1:05-cv-04950-JGK |
| MORRIS AKERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLLINS AND AIKMAN CORPORATION, DAVID STOCKMAN, J. MICHAEL STEPP and BRYCE KOTH,<br><br>Defendants | Case No. 1:05-cv- 05098-UA |

**DECLARATION OF GUSTAVO BRUCKNER IN SUPPORT
OF MOTION OF K. J. EGLESTON
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Gustavo Bruckner, hereby declare:

1. I am an associate of the law firm of Wolf Haldenstein Adler Freeman & Herz LLP. I submit this Declaration in support of K. J. Egleston's motion for consolidation, appointment as lead plaintiff and approval of his selection of Wolf Haldenstein Adler Freeman & Herz LLP as Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice of pendency published on PRNewswire on April 5, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of the plaintiff certification executed by K.J. Egleston which demonstrates his class standing and requisite financial interest in the outcome of the litigation.

4. Attached hereto as Exhibit C is a true and correct copy of a loss chart detailing K.J. Egleston's transactions in Collins & Aikman Corporation securities during the relevant Class Period and their approximate losses.

5. Attached hereto as Exhibit D is a true and correct copy of the firm biography of Wolf Haldenstein Adler Freeman & Herz LLP.

6. Attached hereto as Exhibit E is a true and correct copy of the firm biography of Gainey & McKenna.

Signed under penalty of perjury this 6th day of June, 2005.

                                                /s/_____
                                                  Gustavo Bruckner, Esq

404335