# Exhibit B

## CERTIFICATION OF NAMED PLAINTIFF

To:   Thomas J. McKenna, Esq.   Tel:   212-983-1300
      Gainey & McKenna           Fax:   212-983-0383
      485 Fifth Avenue, 3rd Floor   e-mail: tjmckenna@gaineyandmckenna.com
      New York, New York 10017

I, K. J. Egleston ("Plaintiff") hereby retain Gainey & McKenna, subject to their investigation, to pursue my claims on a contingent fee basis, with no attorneys fee owing except as may be awarded by the court at the conclusion of the matter and paid out of any recovery obtained and I also hereby declare the following as to the claims asserted under the law that:

Plaintiff reviewed the draft complaint to be filed in this matter and authorized the filing.

Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

Plaintiff's transactions in *Collins & Aikman Corp.* security that is subject of this action during the Class Period are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 1000 | CKC | Buy | 08/05/04 | $5.00 |
| 1000 | CKC | Buy | 11/15/04 | $2.99 |
| | | | | |

Please list other transactions on a separate sheet of paper, if necessary.

Plaintiff has sought to serve as a class representative in the following cases within the last three years: NONE

Plaintiff will not accept any payment serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of May, 2005

_____
Signature

K.J. Egleston
Print Name