# Exhibit C

Collins and Aikman Corporation Loss Chart

| Name | Date Puchased | # Shares | Price | Purchase Cost | Total | Date Sold | # Shares | Price | Redeemed Value | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| K.J. Egleston | 8/5/2004 | 1000 | $5.00 | $5,000.00 | | | | | | |
| | 11/15/2004 | 1000 | $2.99 | $2,990.00 | | | | | | |
| | | 2000 | | $7,990.00 | $7,990.00 | | 2000 | $0.80 | $1,600.00 | $6,390.00 |