# Exhibit E

# GAINEY & McKENNA

485 FIFTH AVENUE
3rd FLOOR
NEW YORK, NY 10017
TEL: (212) 983-1300
FAX: (212) 983-0383

ATTORNEYS AT LAW

666 GODWIN AVENUE
SUITE 230
MIDLAND PARK, NJ 07432
TEL: (201) 689-9000
FAX: (201) 689-9969

## *FIRM RESUME*

### *General Information*

Our firm was formed with the goal of combining the experience we gained through practicing law at large firms with the closeness, flexibility and attention to detail that characterize many smaller firms. In essence, we have designed our firm to be able to handle both large and small matters, offering what we believe our clients want most: ***quality legal work with an emphasis on communication***.

Our firm's philosophy is essentially a continuation of the manner in which each of us have practiced law: ***our clients and their needs come first***. Responsiveness to our clients' needs is of equal importance to professional skill and legal acumen. We are mindful that the law is a service business and we place a premium on communication. It is our policy to keep our clients fully informed as each matter progresses. We seek and encourage our clients' active participation in every business deal we do for them and in every litigation we handle for them. The client has the final say as it is their matter. ***We serve the client***.

Regardless of the matter, our approach to each case is the same. Our attorneys are as thorough as possible, present an aggressive position for our clients and are tough negotiators. We utilize all available resources necessary to achieve the best possible outcome for our clients. In

addition, the combination of polished oral and written advocacy and extensive trial and litigation experience ensures that our clients receive a high quality legal product and excellent results. Our goal is to consistently exceed our clients' expectations.

### *Practice Areas*

We have significant experience in prosecuting complex securities class actions. We represent plaintiffs and defendants in a variety of complex civil and commercial litigations, including securities class actions, consumer class actions, derivative actions, real estate and business disputes, breach of contract and commercial disputes, employment cases (discrimination, harassment, wrongful termination), insurance coverage disputes, professional malpractice (accounting, legal and medical), products liability, and personal injury lawsuits. We have also been retained strictly as trial counsel in many matters. Members of the firm are admitted to practice in all the courts of the State of New York and New Jersey, as well as in the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court of New Jersey and the United States Court of Appeals for the Second Circuit. Members of the firm have also been admitted pro hac vice in a number of other state and federal jurisdictions.

### *FIRM BIOGRAPHY*

*THOMAS J. McKENNA* is a member of the Bar of the State of New York since 1985 and admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals, Second Circuit. Mr. McKenna is also a member of the Association of the Bar of the City of New York, New York State Trial Lawyers Association, and American Trial Lawyers Association and past member of

the New York County Lawyers Association. Mr. McKenna received a Bachelor of Arts degree from Boston College in 1981 (magna cum laude); received a J.D. degree from Syracuse University College of Law in 1984 (cum laude) and was a Law Review Editor and Member of the Justinian Honorary Law Society at Syracuse. Mr. McKenna was also Law Clerk for the Honorable Veronica D. Wicker of the United States District Court for the Eastern District of Louisiana, 1984-1986. Prior to forming Gainey & McKenna, Mr. McKenna was an attorney at Grutman Greene & Humphrey in New York City and Cahill, Gordon & Reindel in New York City, practicing class actions and securities law, insurance coverage litigation, general commercial litigation and other types of civil litigation.

Mr. McKenna's practice areas currently include litigation and trial practice in all types of cases. He has been trial counsel on numerous multi-million dollar cases. Mr. McKenna has handled a broad mix of complex commercial and tort cases, including class actions, securities cases, insurance coverage disputes, professional malpractice, and fraud cases.

*BARRY J. GAINEY* is admitted to practice in the Federal and State Courts of New York and New Jersey since 1985. Mr. Gainey is a member of the New York State Trial Lawyers Association, New York State Bar Association (Insurance, Negligence and Compensation Law Section), American Bar Association, New Jersey State Bar Association, and other Bar Associations. Mr. Gainey received a Bachelor of Arts degree from Boston University in 1981; received a J.D. degree from Washington and Lee University School of Law in 1984; was Law Review Notes and Comments Editor in 1984 and authored two published articles in 1983. Prior to forming Gainey & McKenna, Mr. Gainey was a former partner at Wilson, Elser, Moskowitz, Edelman & Dicker in New York City and founding partner at Renzulli, Gainey &

Rutherford in New York City and New Jersey.

Mr. Gainey's areas of practice are varied, with an emphasis on litigation and trial work. The types of matters that he has handled for his clients include, among other things, consumer class actions, securities class actions, products liability, personal injury and commercial litigation.

## *Office Locations*

We have offices in New York and New Jersey, which enables us to provide full service to our clients with needs in the metropolitan area.