UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HANNA KLEINPETER-FLECK,              :
Individually and On Behalf of All    :
Others Similarly Situated,           :
                                     :
            Plaintiff,               :   05 Civ. 3791 (MBM)
                                     :
     -against-                       :       ORDER
                                     :
COLLINS & AIKMAN CORPORATION,        :
DAVID A. STOCKMAN, J. MICHAEL        :
STEPP AND BRYCE M. KOTH,             :
                                     :
            Defendants               :
------------------------------------X
K.J. EGLESTON, individually          :
and on behalf of all others          :
similarly situated,                  :
                                     :
            Plaintiff,               :   05 Civ. 4950 (MBM)
                                     :
     -against-                       :
                                     :
JERRY L. MOSINGO, DAVID A.           :
STOCKMAN, J. MICHAEL STEPP           :
AND BRYCE M. KOTH,                   :
                                     :
            Defendants               :
------------------------------------X
MORRIS AKERMAN, individually         :
and on behalf of all                 :
others similarly Situated,           :
                                     :
            Plaintiff,               :   05 Civ. 5098 (MBM)
                                     :
     -against-                       :
                                     :
COLLINS & AIKMAN CORPORATION,        :
DAVID A. STOCKMAN, J. MICHAEL        :
STEPP AND BRYCE M. KOTH,             :
                                     :
            Defendants               :
------------------------------------X

```
------------------------------------X
MASSIMO GARRIDDI, Individually      :
and on Behalf of All                :
Others Similarly Situated,          :
                                    :
                                    :
            Plaintiff,              :   05 Civ. 5251 (MBM)
                                    :
    -against-                       :
                                    :
JERRY L. MOSINGO, DAVID A.          :
STOCKMAN, J. MICHAEL                :
STEPP AND BRYCE M. KOTH,            :
                                    :
            Defendants              :
------------------------------------X
```

MICHAEL B. MUKASEY, U.S.D.J.

    Defendant Collins & Aikman Corporation has filed a voluntary bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Michigan. Accordingly the above-captioned cases are placed on the suspense docket pending further order of the Court. Plaintiffs are to advise the Court, in writing, by November 18, 2005, as to the status of these actions, including but not limited to what steps, if any, they have taken to lift the automatic stay, whether they intend to file a claim in the bankruptcy proceeding, and how they intend to prosecute these actions.

                                               SO ORDERED:

                                               *[signature]*

Dated: New York, New York          Michael B. Mukasey,
       October 24, 2005                U.S. District Judge