```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
K.J. EGLESTON, individually and on   :
behalf of other similarly situated   :
                                     :
                Plaintiff,           :    05 Civ. 4950
                                     :
      -against-                      :    ORDER
                                     :
JERRY L. MOSINGO, DAVID A.           :
STOCKMAN, J. MICHAEL STEPP and       :
BRYCE KOTH,                          :
                                     :
                Defendants.          :
------------------------------------X
```

MICHAEL B. MUKASEY, U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY DOC #: ___ DATE FILED 12/1/05]

This order confirms decisions taken at a conference on November 22, 2005, as follows:

1. Plaintiff will submit a consolidated complaint by January 13, 2006.

2. Defendants will file a motion to dismiss by March 3, 2006. Plaintiff will respond by April 7, 2006. Defendants may reply by April 21, 2006.

3. Discovery will remain stayed pending further order of the court.

4. Plaintiff will submit by November 30, 2005 an order appointing him lead plaintiff herein.

5. Plaintiff will serve a copy of this order on all known defendants or their attorneys.

SO ORDERED:

_____
Michael B. Mukasey,
U.S. District Judge

Dated: New York, New York
       November 23, 2005